UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MINANGA KAKESA )<br>)<br>v.                                  )<br>)<br>U.S. MARSHALS SERVICE &    )<br>D.C. DEPARTMENT OF         )<br>CORRECTIONS                )  | Case: 1:18-cv-01701      (G Deck)<br>Assigned To : Chutkan, Tanya S.<br>Assign. Date : 7/20/2018<br>Description: Habeas Corpus/2241 |

**PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO
28 U.S.C. § 2241 AND REQUEST FOR EMERGENCY HEARING**

Petitioner, Minanga Kakesa, pursuant to 28 U.S.C. § 2241, requests that the Court grant a writ of habeas corpus and order Mr. Kakesa released from custody. Mr. Kakesa also respectfully requests that the Court hold an emergency hearing on this motion at the earliest possible time.

## FACTS

Mr. Kakesa has been held in custody for 78 days and counting because of a District of Columbia warrant that was mis-entered in a system. Mr. Kakesa was stopped by law enforcement while visiting family in Indianapolis on May 3, 2018. He was then detained because Indianapolis authorities mistakenly believed that the District of Columbia warrant was for a federal kidnapping charge.

Mr. Kakesa—who is 58 years old and has no criminal record—then sat in jail in Indianapolis until May 24, 2018, when he was officially placed in the custody of the U.S. Marshals. He finally arrived in D.C. Jail from Indianapolis, via Oklahoma and Kentucky, on July 12, 2018. When Mr. Kakesa arrived at D.C. Jail, after having already been detained for over two months, still nothing happened, because no one could figure out

why he was there. So he was just left there, for a week, without being brought to court, or being given access to counsel.

Yesterday, on July 19, 2018, Mr. Kakesa was finally taken to the Superior Court of the District of Columbia, where he was charged with misdemeanor threats. The government did not ask for Mr. Kakesa to be detained when he finally had his initial appearance. The only condition placed on Mr. Kakesa's release was that he stay away from person and one address. But because Mr. Kakesa was transported to Superior Court from D.C. Jail, he was returned to D.C. Jail, and D.C. Jail will not release him because they say, depending on who answers the phone, that he does not have a release order or that he needs to go federal court instead.

Both the MPD officer and the AUSA who signed the warrant that resulted in Mr. Kakesa's detention for—so far—78 days, agree that Mr. Kakesa should never have been detained at all, or certainly not for this long.[1] But neither the United States Marshals—who have had custody of Mr. Kakesa since at least May 24, 2018—nor D.C. Jail, where Mr. Kakesa has been held since July 12, 2018 (without counsel, or being taken to court, until July 19, 2018)—will correct this injustice.

Undersigned counsel is desperate for help at this point. It appears Mr. Kakesa is going to spend yet another weekend, and who knows how much longer after that, in custody only because neither the U.S. Marshals nor the Department of Corrections will

---

[1] The warrant number is 2018-CRW-001454. It was signed by MPD Officer Brian McCarthy and AUSA Denise Cheung, both of whom say Mr. Kakesa should not be detained.

2

take steps to confirm if he should be held or released. Mr. Kakesa should be released, as can be confirmed by calling AUSA Denise Cheung, who signed the original warrant.[2]

## CONCLUSION

Undersigned counsel respectfully begs the court for help, and asks that the court grant the requested writ or order an emergency hearing at the soonest possible time, so that Mr. Kakesa may at last be released and return home after being wrongfully detained for nearly three months.

 

Respectfully submitted,

/s/ Rebecca S. LeGrand

Rebecca S. LeGrand (DC Bar No. 493918)
LEGRAND LAW PLLC
1775 Eye Street, NW, Suite 1150
Washington, DC 20006
(202) 587-5725
rebecca@legrandpllc.com

---

[2] AUSA Cheung's phone number is 202-252-7522.

3